UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Mr. DAVID ANTHONY STEBBINS,<br><br>  Plaintiff - Appellant,<br><br> v.<br><br>JOHN DOE, DBA<br>Creetosis and YOUTUBE, LLC,<br><br>  Defendants - Appellees. | No. 24-4992<br><br>D.C. No.<br>4:24-mc-80179-HSG<br><br>Northern District of California,<br>Oakland<br><br>MANDATE |

The judgment of this Court, entered January 28, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT