David Stebbins (pro se Plaintiff)    123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947    acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                          PLAINTIFF

VS.                              Case 3:25-cv-04499-LJC

JOHN DOE, d.b.a. CREETOSIS, et al                                DEFENDANTS

## MOTION FOR MARSHAL SERVICE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Marshal Service in the above-styled action.

1. I have applied for leave to proceed in forma pauperis. See Dkt 2 of the miscellaneous case.
2. Because of this, I am entitled to have service of process conducted by the Marshal at no cost to me. See Fed.R.Civ.P. 4(c)(3).
3. I therefore ask that the Court direct the Marshal to serve co-defendant YouTube LLC with process.
4. As explained in the Complaint (Dkt. 4), ¶ 2, YouTube can be served through the following agent:

Corporation Service Company
2710 Gateway Oaks Dr.,
Suite 150N
Sacramento, CA 95833

So requested on this, the 5th day of June, 2025.

/s/ David Stebbins
David Stebbins