# Exhibit E

### YouTube Copyright Complaint Submission

From: YouTube Copyright (youtube-disputes+2jsow6dnavoov07@google.com)

To: acerthorn@yahoo.com

Date: Wednesday, September 6, 2023 at 10:22 AM CDT



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all [required elements](#).

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the ['Removal requests' tab](#) in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Acerthorn
- Your Full Legal Name (Aliases, usernames or initials not accepted): David Stebbins
- Your Title or Job Position (What is your authority to make this complaint?): Video creator
- Address:
    - 123 W. Ridge Ave., APT D

- - Harrison, AR 72601
  - US
- Username: Acerthorn Acerthorn
- Email Address: acerthorn@yahoo.com
- Phone: (870) 212-4947

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=X6oSbgPitQ4
- Describe the work allegedly infringed: My video
  - Source of video: 5bxs8fq9rl8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:30:36 to 1:29:06 : https://www.youtube.com/watch?v=X6oSbgPitQ4&t=1836
    It appears in your source video from 0:00:04 to 0:06:08 : https://www.youtube.com/watch?v=5bxs8fq9rl8&t=4

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=dKN8ivNC8BI
- Describe the work allegedly infringed: My video
  - Source of video: 5bxs8fq9rl8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:50 to 1:40:42 : https://www.youtube.com/watch?v=dKN8ivNC8BI&t=110
    It appears in your source video from 0:14:51 to 0:22:19 : https://www.youtube.com/watch?v=5bxs8fq9rl8&t=891

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=etenf1aJKFA
- Describe the work allegedly infringed: My video
  - Source of video: 5bxs8fq9rl8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:12:04 to 1:27:14 : https://www.youtube.com/watch?v=etenf1aJKFA&t=724
    It appears in your source video from 0:09:20 to 0:14:58 : https://www.youtube.com/watch?v=5bxs8fq9rl8&t=560

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=hzF8q1NXn7g

- Describe the work allegedly infringed: My video
  - Source of video: 5bxs8fq9rl8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:35 to 0:09:29 : https://www.youtube.com/watch?v=hzF8q1NXn7g&t=215
    It appears in your source video from 0:06:04 to 0:09:29 : https://www.youtube.com/watch?v=5bxs8fq9rl8&t=364

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: David Stebbins

- The YouTube Team


Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Sep 6, 2023 acerthorn@yahoo.com wrote:

Video IDs: X6oSbgPitQ4, dKN8ivNC8BI, etenf1aJKFA, hzF8q1NXn7g