# Exhibit G

David Stebbins (pro se Plaintiff)      123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947       acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                               PLAINTIFF

VS.                           Case 3:25-cv-04499-LJC

JOHN DOE, d.b.a. CREETOSIS                                        DEFENDANTS

### SWORN STATEMENT IN SUPPORT OF MOTION FOR ISSUANCE OF SUPBOENA

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Sworn Statement in the above-styled action.

1. I attest that the purpose for seeking this subpoena is to obtain the identity of the infringer Creetosis.
2. I further swear, under penalty of perjury, that this subpoena will only be used for that purpose.

So notified on this, the 5th day of June, 2025.

*/s/ David Stebbins*
David Stebbins

3:24-cv-03727-LB                              -1-