David Stebbins (pro se Plaintiff)    123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947    acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                 PLAINTIFF

VS.                            Case 3:25-cv-04499-LJC

JOHN DOE, d.b.a. CREETOSIS                                          DEFENDANTS

**SUPPLEMENT TO MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Supplement to Motion for Issuance of Subpoena Duces Tecum.

1. I just noticed that Exhibit F to that motion – the proposed subpoena – was not fully filled out. To rectify this, I am hereby attaching a new Exhibit F to this supplement.
2. I apologize for the mistake.

So notified on this, the 5th day of June 5, 2025.

*/s/ David Stebbins*
David Stebbins