David Stebbins (pro se Plaintiff)    123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947    acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                    PLAINTIFF

VS.                        Case 3:25-cv-04499-LJC

JOHN DOE, d.b.a. CREETOSIS                                         DEFENDANTS

### LETTER REGARDING PREVIOUS FILING THAT IS RELEVANT TO THIS CASE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Letter to the Court in the above-styled action.

1. When the case was filed as miscellaneous case, I submitted a "Supplemental Argument in Support of Why the Claims Should be Allowed to Proceed" to the Court. See Case 3:24-cv-03727-LB as well as 4:24-mc-80179-HSG, Dkt. 9.

2. I believe the arguments contained in this supplemental brief are still relevant, especially since co-defendant YouTube LLC is most certainly going to make their appearance in this case by first filing a Motion to Dismiss on the grounds that the underlying videos are "obviously fair use," even though the Court of Appeals has already commanded that an Answer be filed.

3. For this reason, I am attaching a copy of this Supplemental Brief to this letter for the Court to review.

4. You can see I make a similar argument against fair use over in the currently-pending Case 4:22-cv-00546-JSW, Dkt. 67, ¶¶ 11-15 and ¶¶ 22-35, where I analyzed the first hour of another one of Creetosis's reactions and reached a similar conclusion regarding the level of transformative value.

5. The Court, and the defendants (YouTube and Creetosis alike) should keep these arguments in mind as they advocate for fair use.

So submitted on this, the 21st Day of June, 2025.

/s/ David Stebbins
David Stebbins