UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE, et al.,<br><br>    Defendants. | Case No. 25-cv-04499-JSW<br><br>**ORDER SCREENING COMPLAINT; DISMISSING CASE IN PART AND PERMITTING CASE TO PROCEED IN PART; SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 4 |

Plaintiff David Stebbins has been deemed a "vexatious litigant" in this District pursuant to an order entered in August 2023 by the Honorable Judge Trina Thompson. *See Stebbins v. Google LLC*, No. 23-cv-00322-TLT, Dkt. No. 71 (Aug. 31, 2023). Pursuant to the vexatious litigant order, the Honorable Judge Haywood Gilliam screened Stebbins' complaint and barred the action from being filed. *Stebbins v. John Doe et al.*, 24-mc-04992-HSG, Dkt. No. 18 (Aug. 13, 2024). Stebbins appealed, and the Ninth Circuit reversed in part. (*See* Dkt. No. 2, USCA Memorandum.)

The Ninth Circuit permitted Stebbins to file his complaint and for the action to proceed "only as to the claims for copyright infringement regarding the four videos." (*Id.* at 3.) The action was opened as a new matter and subsequently related to *Stebbins v. Alphabet Inc. et al*, 22-cv-00546-JSW. (Dkt. No. 13, Related Case Order.) The Court now must screen Stebbins' complaint under 28 U.S.C. section 1915 ("Section 1915").

**BACKGROUND**

Stebbins is a YouTuber and Twitch streamer who goes by the alias "Acerthorn." (Dkt. No. 4, Compl., ¶ 1.) He alleges that Defendant John Doe, who goes by the pseudonym "Creetosis," infringed four of Stebbins' YouTube videos: (1) the "Morrowind Retrospective"; (2) the "Dark Souls Retrospective"; (3) "Elden Ring Sucks, and Here's Why" (hereinafter referred to as the

"Elden Ring Video"); and (4) "Maybe YOU'RE the ones ducking ME!" (hereinafter referred to as the "Ducking Video"). (*Id.* ¶¶ 3, 8, 11, 13, 15.)

Stebbins alleges that Creetosis infringed the Morrowind Retrospective by producing a livestream reaction video, "STAG #6: 'Morrowind Retrospective – Why Morrowind is Overrated' & 'Fallout: New Vegas Retrospective," hereinafter referred to as the "Morrowind Reaction," on September 12, 2021. (*Id.* ¶ 33.) In the Morrowind Reaction, Creetosis airs "literally every single last second" of the Morrowind Retrospective, "occasionally stop[ing] to give criticism." (*Id.* ¶ 34.) The Morrowind Reaction was commercialized, as certain viewers sent "super chats" to Creetosis with monetary donations attached. (*Id.* ¶ 36.)

On March 21, 2022, Creetosis livestreamed a reaction to the Dark Souls Retrospective, the "Dark Souls Reaction." (*Id.* ¶ 38.) Stebbins alleges that Creetosis again "copied 100% of [his] Dark Souls video, literally every single last second of it." (*Id.* ¶ 39.) On August 24, 2023, Stebbins issued a takedown notice of the Dark Souls Reaction under the Digital Millenium Copyright Act ("DMCA"). (*Id.* ¶ 42.) On September 6, 2023, YouTube removed the video. (*Id.* ¶ 42.)

On March 23, 2022, Creetosis livestreamed a reaction to the Elden Ring Video, the "Elden Ring Reaction." (*Id.* ¶ 43.) Creetosis allegedly aired the entirety of the Elden Ring Video and received monetized super chats. (*Id.* ¶ 44.) Stebbins issued a DMCA takedown notice on September 5, 2023. (*Id.* ¶ 45.) YouTube removed the video on September 7, 2023. (*Id.*) Creetosis then reposted the Elden Ring Reaction. (*Id.* ¶ 46.)

In a series of four videos between May 18, 2022 and May 25, 2022, Creetosis livestreamed a reaction to the Ducking Video, the "Ducking Reaction Series." (*Id.* ¶ 51.) Stebbins alleges that Creetosis played "literally every single last second" of the Ducking Video across the series, and that the Ducking Reaction Series was monetized. (*Id.* ¶ 52.) On September 6, 2023, Stebbins submitted a DMCA takedown request. (*Id.* ¶ 53.) Creetosis removed the videos before YouTube processed the takedown request. (*Id.*)

//

## ANALYSIS

**A.      Applicable Legal Standard.**

Under Section 1915(e)(2)(B), the Court must dismiss an *in forma pauperis* action if the Court finds that the action "fails to state a claim on which relief may be granted" or that the action is "frivolous or malicious." 28 U.S.C. § 1915(e)(2)(B). Section 1915(e)(2) parallels the language of Federal Rules of Civil Procedure 12(b)(6) regarding dismissals for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2); *see also Lopez v. Smith*, 203 F.3d 1122, 1126-27 (9th Cir. 2000). The complaint therefore must allege facts that plausibly establish each defendant's liability. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555-57 (2007). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). A complaint is "frivolous" where it lacks an arguable basis either in law or in fact. ; *see also Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (holding the definition of "frivolous . . . embraces not only the arguable legal conclusion, but also the fanciful factual allegation"). "Dismissals on these grounds are often made *sua sponte* prior to the issuance of process, so as to spare prospective defendants the inconvenience and expense of answering such complaints." *Id.* at 324.

**B.      The Court Dismisses the Claims Relating to the Morrowind Reaction as Impermissible Claim-Splitting.**

The doctrine of claim-splitting permits dismissal when a plaintiff could have brought his claims in a previous lawsuit, and instead chose to file duplicative suits and thereby waste party and judicial resources. "Plaintiffs 'generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant.' " *Mendoza v. Amalgamated Transit Union Int'l*, 30 F.4th 879, 886 (9th Cir. 2022) (quoting *Adams v. California Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007)). To determine if claim-splitting has occurred, courts "borrow" from the test for claim preclusion and ask if (1) the second suit involves "the same causes of action as the first," and (2) if the second suit involves the "same parties or their privies." *Id.* Both factors are present here.

Stebbins alleges that Creetosis infringed the Morrowind Retrospective through his copying

in the Morrowind Reaction. The same Morrowind Reaction is the subject of Stebbins' now-dismissed claims in *Stebbins v. Alphabet Inc.*, 22-cv-00546-JSW, wherein Stebbins alleged that Creetosis infringed his "Fallout: New Vegas Retrospective." *See Stebbins v. Alphabet Inc.*, No. 22-cv-00546-JSW, Dkt. No. 32, Second Am. Compl., ¶ 171.

The claims and the parties are identical. In both lawsuits, Stebbins accuses Creetosis of unlawful copying. While the original, copied work differs between the suits, Stebbins asserts claims arising from the same allegedly infringing work. *See Turtle Island Restoration Network v. U.S. Dep't of State*, 673 F.3d 914, 918 (9th Cir. 2012) (noting "whether the two suits arise out of the same transactional nucleus of facts" is the "most important" factor in "identity of claims" analysis).

Accordingly, Stebbins has forfeited his right to sue over copying of the Morrowind Retrospective. *See id.* ("A plaintiff need not bring every possible claim. But where claims arise from the same factual circumstances, a plaintiff must bring all related claims together or forfeit the opportunity to bring any omitted claim in a subsequent proceeding."). The Court dismisses Stebbins claims relating to the Morrowind Retrospective and Morrowind Reaction, with prejudice.

## C.    The Remaining Infringement Claims May Proceed.

Stebbins' claims relating to the Dark Souls Reaction, the Elden Ring Reaction, and the Ducking Reaction Series arose after Stebbins filed suit in the related case. Each of those videos was streamed after the initial complaint was filed. *See Stebbins v. Alphabet Inc.*, No. 22-cv-00546-JSW, Dkt. No. 1, Compl. (Jan. 27, 2022). Accordingly, the Court does not dismiss those claims on claim-splitting grounds.

The Ninth Circuit has ruled that Stebbins' claims are sufficient, on the face of the complaint, to move forward. Stebbins' allegations that Creetosis copied every second of his videos and that Creetosis' reaction videos were not transformative are sufficient to survive this screening stage.

## CONCLUSION

For the foregoing reasons, the Court DISMISSES, WITH PREJUDICE, Plaintiff's claims relating to the Morrowind Reaction. The claims relating to the Dark Souls Reaction, the Elden

Ring Reaction, and the Ducking Reaction Series may proceed.

The Court HEREBY SETS an initial case management conference on September 12, 2025, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 18, 2025

_____
JEFFREY S. WHITE
United States District Judge

5