UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

    Plaintiff,

v.

JOHN DOE, et al.,

    Defendants.

Case No. 25-cv-04499-JSW

**ORDER DIRECTING SERVICE OF COMPLAINT**

Re: Dkt. No. 6

Plaintiff David A. Stebbins, proceeding *pro se*, brings suit against Defendant YouTube LLC and requests an order requiring the United States Marshal to effect service of process on YouTube.

IT is HEREBY ORDERED that the Clerk issue summons for the Defendants. It is FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, the summons and a copy of the complaint, any amendments, scheduling orders, attachments, the screening order, and this Order upon YouTube through the agent identified by Stebbins in Dkt. No. 6.

**IT IS SO ORDERED.**

Dated: July 18, 2025

_____
JEFFREY S. WHITE
United States District Judge