# Exhibit G

David Stebbins (pro se Plaintiff)    123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947    acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                PLAINTIFF

VS.                              Case 3:25-cv-04499-LJC

JOHN DOE, d.b.a. CREETOSIS                          DEFENDANTS

## SWORN STATEMENT IN SUPPORT OF MOTION FOR ISSUANCE OF SUPBOENA

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Sworn Statement in the above-styled action.

1. I attest that the purpose for seeking this subpoena is to obtain the identity of the infringer Creetosis.

2. I declare under penalty of perjury that to my knowledge the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under title 17 USC § 100, et seq.

So notified on this, the 22nd day of July, 2025.

*/s/ David Stebbins*
David Stebbins