UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>         Plaintiff,<br><br>   v.<br><br>JOHN DOE, et al.,<br><br>         Defendants. | Case No. 25-cv-04499-JSW<br><br>**CLERK'S NOTICE DIRECTING PLAINTIFF TO RE-NOTICE HEARING DATE**<br><br>Re: Dkt. No. 18 |

    YOU ARE HEREBY NOTIFIED that Plaintiff must re-notice not re-file Docket No. 18, Second MOTION issuance of subpoena duces tecum. Pursuant to Civil L. R. 7-2 (a) the hearing date selected should be no less than 35 days after the filing of the motion. Hearing date of August 22, 2025, is VACATED.  Counsel is directed to review Civil L. R. 7-2 (a) and check the Judge's webpage on the Court's website regarding scheduling before re-noticing the motion for a new hearing date.

Dated: July 23, 2025

                                                      Mark B. Busby<br>                                                      Clerk, United States District Court

By: *Nicole Hall*
Nicole Hall,
Deputy Clerk to the
Honorable JEFFREY S. WHITE
510-637-3541