David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                           PLAINTIFF

VS.                           Case 3:25-cv-04499-LJC

JOHN DOE, d.b.a. CREETOSIS                                        DEFENDANTS

### RE-NOTICING OF HEARING FOR RENEWED MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Re-Noticing of Hearing for Renewed Motion for Issuance of Subpoena Duces Tecum.

1. The hearing should isntead be set for August 29, 2025.

So notified on this, the 23rd day of July, 2025.

*/s/ David Stebbins*
David Stebbins

3:24-cv-03727-LB                                -1-