David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947     acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                                    PLAINTIFF

VS.                                    Case 3:25-cv-04499-LJC

JOHN DOE, d.b.a. CREETOSIS                                                        DEFENDANTS

## MOTION FOR ISSUANCE OF SUPBOENA DUCES TECUM PURSUANT TO 17 USC § 512(h)

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Issuance of Subpoena Duces Tecum in the above-styled action. Outside of this opening paragraph, this Motion is identical to the first motion (Dkt. 7), except for updated dates as well as Exhibit G, which provides the one correction the Court asked for, so I would appreciate an immediate order granting this motion, as it should only take a minute to verify these minor changes.

1. YouTube LLC is currently set to be served with process via the US Marshal. See Dkt. 16.

2. I do not currently know the legal name or address of the defendant John Doe, d.b.a Creetosis. As such, I cannot serve him with process. However, Creetosis is a member of the YouTube Partner Program. This means that YouTube necessarily has his legal name and address on file, if only for tax purposes. This means that they can disclose it when lawfully compelled to, either in response to a subpoena or in response to early discovery.

3. There is a very high probability that the defendant lives in Canada. See Case 4:22-cv-00546-JSW (Stebbins v. Alphabet), Dkt. 45, ¶ 2 and Dkt. 45-1. If this is true, then I will be able to serve him with process simply by mailing a copy of the summons and complaint directly to his mailbox. See https://www.haguelawblog.com/2017/01/serve-process-canada/ ("Mail service is available, depending on where you are"). This will save us time and money, allowing us to move forward with the merits of the case that much more quickly.

4. As such, it is in the best interests of justice that we get Creetosis's legal name and address as quickly as possible. This means subpoenaing that information from YouTube, and preferably

serving YouTube with the subpoena at the exact same time they are served with process as requested in Dkt. 6, so they can respond to both at the same time. This would save us more time compared to if we only served YouTube with process, waited 3 weeks for them to appear in the case, then conduct early discovery, and wait another 30 days for them to respond to my discovery request asking them to disclose Creetosis's legal name and address.

5.      In addition, this subpoena process is expressly authorized pursuant to 17 USC § 512(h), which expressly empowers copyright owners to subpoena the identities of putative infringers.

6.      To comply with the requirements set forth in 17 USC § 512(h)(2), I hereby provide the following items:

(a)     Copies of the four DMCA Takedown Notices which correspond to the four counts of copyright infringement that have been allowed to proceed in this case are hereby attached as **Exhibits A-E**.

(b)     A proposed subpoena is hereby attached as **Exhibit F**.

(c)     A sworn declaration required by § 512(h)(2)(C) is hereby attached as **Exhibit GF**.

7.      Wherefore, premises considered, I respectfully pray that the Motion for Issuance of Subpoena Duces Tecum be granted, and for any other relief to which I may be entitled.

So requested on this, the 22nd day of July, 2025.

*/s/ David Stebbins*
David Stebbins
