David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                                       PLAINTIFF

VS.                                           Case 3:25-cv-04499-JSW

JOHN DOE, d.b.a. CREETOSIS                                                                   DEFENDANTS

## MOTION FOR PARTIAL STAY OF PROCEEDINGS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Partial Stay of Proceedings in the above-styled action.

1. In the related case – Case 3:22-cv-00546-JSW in this District – I have filed a Motion for Leave to File Interlocutory Appeal and for a stay of proceedings in that case pending resolution of that appeal. See Dkt. 85 in that case.

2. For the same reasons set forth in that motion, I ask for a partial stay of proceedings in this case. The serving of process on YouTube, as well as my Petition for Issuance of Subpoena (Dkt. 22) should remain in effect, as there is no prejudice suffered by allowing those to continue.

3. However, all motions related to the merits of the action should be stayed indefinitely until the Ninth Circuit disposes of its appeal on the Court's order (Dkt. 75) granting the motion to dismiss in the related case. For the reasons set forth in that motion, the two cases are effectively identical in merit, and an appeal in that case would greatly inform how the district court should act in this case.

So requested on this, the 31st day of July, 2025.

*/s/ David Stebbins*
David Stebbins