LAURA HERNANDEZ, State Bar No. 344641
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: lhernandez@wsgr.com

JEREMY P. AUSTER (*pro hac vice application forthcoming*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jauster@wsgr.com

*Counsel for Defendant YouTube, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>       Plaintiff,<br><br>    v.<br><br>JOHN DOE et al.,<br><br>       Defendants. | Case No.: 4:25-cv-04499-JSW<br><br>**DEFENDANT YOUTUBE, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>Action Filed: May 23, 2025 |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant YouTube, LLC discloses the following:

1. YouTube, LLC is a subsidiary of Google LLC, which is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Dated: August 11, 2025     Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Laura Hernandez*
    Laura Hernandez

*Counsel for Defendant YouTube, LLC*