1  LAURA HERNANDEZ, State Bar No. 344641
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   One Market Plaza, Spear Tower, Suite 3300
3  San Francisco, California 94105
   Telephone: (415) 947-2000
4  Facsimile: (866) 974-7329
   Email: lhernandez@wsgr.com
5
   JEREMY P. AUSTER (*pro hac vice application forthcoming*)
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  1301 Avenue of the Americas, 40th Floor
   New York, New York 10019
8  Telephone: (212) 999-5800
   Facsimile: (866) 974-7329
9  Email: jauster@wsgr.com

10 *Counsel for Defendant YouTube, LLC*

11             **UNITED STATES DISTRICT COURT**

12           **NORTHERN DISTRICT OF CALIFORNIA**

13 DAVID A. STEBBINS,                    ) Case No.: 4:25-cv-04499-JSW
                                         )
14         Plaintiff,                    ) **DEFENDANT YOUTUBE, LLC'S**
                                         ) **CERTIFICATION OF CONFLICTS**
15      v.                               ) **AND INTERESTED ENTITIES OR**
                                         ) **PERSONS**
16 JOHN DOE et al.,                      )
                                         ) Action Filed: May 23, 2025
17         Defendants.                   )
                                         )
18 _____  )

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 3-15(b)(1), the undersigned counsel for Defendant YouTube, LLC certifies that as of this date, there is no conflict to report.

Pursuant to Civil L.R. 3-15(b)(2), the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC, parent company of YouTube, LLC;

2. XXVI Holdings Inc., holding company of Google LLC;

3. Alphabet Inc., holding company of XXVI Holdings Inc.; and

4. The individual "John Doe" defendant, referred to as "Creetosis" in Plaintiff's Complaint.

Dated: August 11, 2025        Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ *Laura Hernandez*
        Laura Hernandez

*Counsel for Defendant YouTube, LLC*