David Stebbins (pro se Plaintiff)    123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947    acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                          PLAINTIFF

VS.                            Case 3:25-cv-04499-JSW

JOHN DOE, d.b.a. CREETOSIS                                               DEFENDANTS

**SUPPLEMENTARY BRIEF IN SUPPORT OF MOTION FOR STAY OF PROCEEDINGS**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Supplementary Brief in Support of Dkt. 26, Motion for Partial Stay of Proceedings.

1. In my Reply (Dkt. 34), I argued that the Court of Appeals has already determined that I have indeed stated a claim upon which relief can be granted, and that this also precludes any motions to dismiss. The Defendants are sure to argue that this would be a violation of their right to be heard, since the decision was made in their absence. The contents of that reply brief are hereby incorporated by reference.

2. Normally, that would be true, but there is a unique circumstance in this case that changes things: The corporate defendants had the opportunity to file a Response Brief in the Court of Appeals, and they voluntarily gave it up.

3. See Case 24-4992 in the 9th Circuit, DktEntry 16.1, where YouTube expressly stated that they did not feel they needed to file a brief and asked for permission not to. See **Exhibit A**. This request was granted by the Court of Appeals. See DktEntry 17, hereby included as **Exhibit B**.

4. So unlike most cases of this sort (where a pre-service dismissal was reversed on appeal ex parte), the Defendants here had the chance to argue why the case should remain dismissed for failure to state a claim and purposefully did not take it.

5. Therefore, just like if they were served with process and chose to file an Answer, so too here, their "right" to a Motion to Dismiss should be considered forfeit.

6. Wherefore, premises considered, I respectfully pray that the Motion for Stay of Proceedings be granted.

3:24-cv-03727-LB                              -1-

So requested on this, the 12th day of August, 2025.

*/s/ David Stebbins*
David Stebbins