UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

OCT 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Mr. DAVID ANTHONY STEBBINS,<br><br>  Plaintiff - Appellant,<br><br> v.<br><br>JOHN DOE, DBA<br>Creetosis and YOUTUBE, LLC,<br><br>  Defendants - Appellees. | No. 24-4992<br><br>D.C. No.<br>4:24-mc-80179-HSG<br>Northern District of California,<br>Oakland<br><br>ORDER |

The motion (Docket Entry No. 16) for clarification is granted. The court does not expect appellees to file an answering brief in this appeal. Briefing is therefore complete.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT