LAURA HERNANDEZ, State Bar No. 344641
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: lhernandez@wsgr.com

JEREMY P. AUSTER (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jauster@wsgr.com

*Counsel for Defendant YouTube, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHN DOE et al.,<br><br>   Defendants. | Case No.: 4:25-cv-04499-JSW<br><br>**DECLARATION OF JEREMY P. AUSTER IN SUPPORT OF YOUTUBE, LLC'S ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ALL ASSOCIATED DEADLINES**<br><br>Action Filed: May 23, 2025 |

I, Jeremy P. Auster, Esq., declare as follows:

1. I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant YouTube, LLC ("YouTube") in this action. I submit this declaration in support of YouTube's Administrative Motion to Continue Initial Case Management Conference and All Associated Deadlines. I have personal knowledge of the facts and circumstances described below, and would testify to them if called upon as a witness.

2. On August 18, 2025, I emailed Plaintiff David Stebbins to ask whether he would stipulate to a continuance of the September 12, 2025 Initial Case Management Conference, including all associated deadlines, until the Court rules upon YouTube's forthcoming motion to dismiss. Mr. Stebbins did not respond.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on August 19, 2025 in New York, New York.

By: /s/ *Jeremy P. Auster*
Jeremy P. Auster

DECLARATION OF JEREMY P. AUSTER ISO ADMINISTRATIVE MOTION TO CONTINUE CMC   -1-   CASE NO.: 4:25-CV-04499-JSW