LAURA HERNANDEZ, State Bar No. 344641
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: lhernandez@wsgr.com

JEREMY P. AUSTER (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jauster@wsgr.com

Counsel for Defendant YouTube, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID A. STEBBINS, | ) Case No.: 4:25-cv-04499-JSW |
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING YOUTUBE, LLC'S ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ALL ASSOCIATED DEADLINES** |
| v. | |
| JOHN DOE et al., | |
| Defendants. | ) Action Filed: May 23, 2025 |

Upon consideration of Defendant YouTube, LLC's Administrative Motion to Continue the Initial Case Management Conference, including all associated deadlines, pending resolution of YouTube's forthcoming motion to dismiss, and upon good cause showing, it is hereby ORDERED as follows:

1. The Initial Case Management Conference currently scheduled for September 12, 2025, and all associated deadlines, are hereby CONTINUED. The Court will reschedule the Initial Case Management Conference, if necessary, after ruling on YouTube's forthcoming motion to dismiss.

**IT IS SO ORDERED**

Dated: _____

_____
HON. JEFFREY S. WHITE
United States District Judge