David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947    acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                    PLAINTIFF

VS.                             Case 3:25-cv-04499-JSW

JOHN DOE, d.b.a. CREETOSIS                                         DEFENDANTS

### RESPONSE IN OPPOSITION TO MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Response in Opposition to Motion to Continue Case Management Conference in the above-styled action.

1. First, granting my Motion for Partial Stay of Proceedings (Dkt. 26) would render moot this motion.
2. Barring that, there cannot be a motion to dismiss in this case. The Court of Appeals has already ruled on that. I've already explained this in Dkt. 34, ¶¶ 1-6. The Defendants ignore this argument in their latest motion.

Wherefore, premises considered, I respectfully pray that the Motion to Continue be denied as moot.

So requested on this, the 19th day of August, 2025.

*/s/ David Stebbins*
David Stebbins