UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE, et al.,<br><br>    Defendants. | Case No. 25-cv-04499-JSW<br><br>**ORDER DENYING MOTION FOR STAY; STRIKING SUPPLEMENTARY BRIEF IN SUPPORT OF MOTION TO STAY**<br><br>Re: Dkt. No. 26 |

Now before the Court is Plaintiff David Stebbins' motion to stay this action pending the Court's ruling on a motion for interlocutory appeal in the Related Case, *Stebbins v. Alphabet Inc. et al*, No. 4:22-cv-00546.  Defendant YouTube, LLC responds asking the Court to summarily dismiss the action or, in the alternative, to stay the case if it grants the motion for an interlocutory appeal in the Related Case.

Stebbins filed two replies in further support of his motion to stay, without first obtaining leave of Court to file supplementary briefing.  The Court STRIKES the supplemental brief, (Dkt. No. 35), for failure to seek leave, and it does not consider the brief in ruling on the motion to stay.

Stebbins's motion to certify order for interlocutory appeal in the Related Case is not yet ripe for ruling.  Given YouTube's approaching deadline to respond to the Complaint, the Court finds ruling on this motion to be appropriate.  The Court DENIES the motion to stay, without prejudice to renewal in the event the Court grants Stebbins's motion in the Related Case.

**IT IS SO ORDERED.**

Dated: August 20, 2025

_____
JEFFREY S. WHITE
United States District Judge