| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF<br>DAVID A. STEBBINS | COURT CASE NUMBER<br>4:25-cv-04499-JSW |
|---|---|
| DEFENDANT<br>JOHN DOE, et al. | TYPE OF PROCESS<br>Summons, Complaint & Orders |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>YOUTUBE, LLC - CORPORATION SERVICE COMPANY |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>2710 GATEWAY OAKS DRIVE, SUITE 150N, SACRAMENTO, CA 95833 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 5 |
|---|---|---|
| DAVID STEBBINS<br>123 W. RIDGE AVENUE, APT D.<br>HARRISON, AR 72601 | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

FILED
AUG 25 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| GINA AGUSTINE  *Gina Agustine* | | (415) 522-2087 | AUGUST 1, 2025 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>5 | District of Origin No.<br>11 | District to Serve No.<br>97 | Signature of Authorized USMS Deputy or Clerk | Date<br>8/21/25 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>8/21/25 | Time<br>1:30 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS



RECEIVED
AUG 21, 25
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

✱ Acknowledgement ✱

Form USM-285
Rev. 03/21