| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|
| PLAINTIFF<br>DAVID A. STEBBINS | COURT CASE NUMBER<br>4:25-cv-04499-JSW |
| DEFENDANT<br>JOHN DOE, et al. | TYPE OF PROCESS<br>Summons, Complaint & Orders |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | YOUTUBE, LLC - CORPORATION SERVICE COMPANY |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>2710 GATEWAY OAKS DRIVE, SUITE 150N, SACRAMENTO, CA 95833 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DAVID STEBBINS
123 W. RIDGE AVENUE, APT D.
HARRISON, AR 72601

Number of process to be served with this Form 285: 5
Number of parties to be served in this case: 1
Check for service on U S A

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

FILED
SEP 09 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
GINA AGUSTINE /s/ Gina Agustine
TELEPHONE NUMBER: (415) 522-2087
DATE: AUGUST 1, 2025

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. | Total Process: 5 | District of Origin No. 11 | District to Serve No. 91 | Signature of Authorized USMS Deputy or Clerk | Date: 8/21/25

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
KOY SAECHAO, ASSOCIATE INTAKE COORDINATOR
Date: 8/27/25   Time: 11:43 ☒ am ☐ pm

Address (complete only if different than shown above):
SAME AS ABOVE

Signature of U S Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS:
8/27/25 - DUSM HER SERVED THE INDIVIDUAL LISTED (KOY S.).

# of DUSMs: 1
# of hours for all DUSMs: 1
# of round trip miles for all vehicles: 6

⊛ SERVED ⊛

RECEIVED
AUG 21, 25
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

Form USM-285
Rev 03/21