1   LAURA HERNANDEZ, State Bar No. 344641
    WILSON SONSINI GOODRICH & ROSATI
2   Professional Corporation
    One Market Plaza, Spear Tower, Suite 3300
3   San Francisco, CA 94105-1126
    Telephone: (415) 947-2000
4   Facsimile: (866) 974-7329
    Email: lhernandez@wsgr.com
5
    JEREMY P. AUSTER (*admitted pro hac vice*)
6   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
7   1301 Avenue of the Americas, 40th Floor
    New York, NY 10019-6022
8   Telephone: (212) 999-5800
    Facsimile: (866) 974-7329
9   Email: jauster@wsgr.com

10  *Counsel for Defendant YouTube, LLC*

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13  DAVID A. STEBBINS,                     )   Case No.: 4:25-cv-04499-JSW
                                           )
14              Plaintiff,                 )   **DECLARATION OF JEREMY P.**
                                           )   **AUSTER IN SUPPORT OF**
15       v.                                )   **DEFENDANT YOUTUBE, LLC'S**
                                           )   **MOTION TO**
16  JOHN DOE et al.,                       )   **DISMISS AND REQUEST FOR**
                                           )   **JUDICIAL NOTICE**
17              Defendants.                )
                                           )   Action Filed: May 23, 2025
18                                         )
                                           )
19  _____   )

20

21

22

23

24

25

26

27

28

1    I, Jeremy P. Auster, Esq., declare as follows:

2         1.    I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel

3    for Defendant YouTube, LLC ("YouTube") in this action. I submit this declaration in support of

4    YouTube's Motion to Dismiss ("Motion") and the accompanying Request for Judicial Notice and

5    Consideration of Materials Incorporated by Reference in Support of Motion to Dismiss ("RJN").

6    I have personal knowledge of the facts and circumstances described below, and would testify to

7    them if called upon as a witness.

8                          **Correspondence with "Creetosis"**

9         2.    On August 13, 2025, I communicated by email with an individual who goes by the

10   pseudonym "Creetosis," using an email address known by Google—the parent company of

11   YouTube—to be an email address of record for the "Creetosis" YouTube channel

12   (https://www.youtube.com/@Creetosis). *See* Declaration of Aamir Hasnat ISO YouTube's Motion

13   and RJN ¶ 6.

14        3.    I asked Creetosis whether they had copies of the four allegedly infringing livestream

15   videos identified in paragraph 51 of Stebbins' Complaint, which "Creetosis … called 'Morning

16   Roast,'" and which Stebbins refers to as "the Ducking Reaction." Compl. (Dkt. 4) ¶ 51 (cleaned up).

17   Stebbins alleges that these four videos were previously posted to Creetosis' YouTube channel

18   "[f]rom May 18 through May 25, 2022," *id.*, and that they were available on YouTube at the

19   following        URLs        before        "Creetosis        deleted        these        videos":

20   https://www.youtube.com/watch?v=X6oSbgPitQ4        ("Ducking      Reaction      Part      1");

21   https://www.youtube.com/watch?v=hzF8qlNXn7g        ("Ducking      Reaction      Part      2");

22   https://www.youtube.com/watch?v=etenflaJKFA        ("Ducking      Reaction      Part      3");      and

23   https://www.youtube.com/watch?v=dKN8ivNC8BI ("Ducking Reaction Part 4"). *Id.*

24        4.    Creetosis responded and informed me that all four videos were archived to Creetosis'

25   account on Odysee.com, a video-sharing platform, at or around the same time that they were

26   uploaded to YouTube, and Creetosis provided hyperlinks to the webpages on Odysee.com where

27   each of the four videos were posted. Each of the videos remains publicly available on Odysee.com

28

DECLARATION OF JEREMY P. AUSTER ISO YOUTUBE,          -1-          CASE NO.: 4:25-CV-04499-JSW
LLC'S MOTION TO DISMISS AND REQUEST FOR
JUDICIAL NOTICE

1  as of the date of this submission. Below is a summary of the copies of each of the four videos that

2  are attached hereto.[1]

### Ducking Reaction Part 1: "Morning Roast #2: Stabbins Cries Foul"

4          5.    Creetosis    provided    the    following    hyperlink:

5  https://odysee.com/@Creetosis:a/morning-roast-2-stabbins-cries-foul:8. The hyperlink leads to

6  the video posted on Creetosis' Odysee channel on May 18, 2022, titled "Morning Roast #2:

7  Stabbins Cries Foul." A true and correct copy of the Odysee copy of this video file is attached

8  hereto as **Exhibit 1**, in the form of an external flash drive.

9          6.    Attached as **Exhibit 2** is a true and correct copy of a screenshot of the Odysee

10 webpage for this video. As evidenced in the screenshot, the video description on the Odyssey

11 webpage includes a hyperlink to https://www.youtube.com/watch?v=X6oSbgPitQ4, the webpage

12 where Stebbins alleges this video was previously available on YouTube. *See* Compl. ¶ 51.

13         7.    The Internet Archive's Wayback Machine also contains an archived version of

14 https://www.youtube.com/watch?v=X6oSbgPitQ4,    which    is    available    at

15 https://web.archive.org/web/20220913005329/https://www.youtube.com/watch?v=X6oSbgPitQ.[2]

16 This archived webpage includes a playable copy of the "Morning Roast #2: Stabbins Cries Foul"

17 video as it existed on YouTube at the aforementioned URL on September 13, 2022. A true and

18 correct copy of a screenshot of the Wayback Machine's archived version of the webpage is

19 attached as **Exhibit 3**.

### Ducking Reaction Part 2: "Morning Roast #3 REEEEEEEEEEEEEEE"

21         8.    Creetosis    provided    the    following    hyperlink:

22 https://odysee.com/@Creetosis:a/morning-roast-3-reeeeeeeeeeeeeee:c. The hyperlink leads to the

23 video posted on Creetosis' Odysee channel on May 19, 2022, titled "Morning Roast #3:

24

25

---

26 [1] Copies of the other allegedly infringing livestream videos at issue, identified in paragraphs 38, 43, and 46 of Stebbins' Complaint, are attached as exhibits to the Declaration of Aamir Hasnat,

27 filed concurrently herewith.
[2] The WayBack Machine (available at https://web.archive.org/) captures still-images of websites

28 as they appeared at certain points in the past.

1   REEEEEEEEEEEEEEE." A true and correct copy of the Odysee copy of this video file is attached

2   hereto as **Exhibit 4**, in the form of an external flash drive.

3          9.      Attached as **Exhibit 5** is a true and correct copy of a screenshot of the Odysee

4   webpage for this video. As evidenced in the screenshot, the video description on the Odyssey

5   webpage includes a hyperlink to https://www.youtube.com/watch?v=hzF8q1NXn7g, the webpage

6   where Stebbins alleges this video was previously available on YouTube.[3] *See* Compl. ¶ 51.

7   **Ducking Reaction Part 3: "Morning Roast #4: Turkey Man Gobbles Threateningly"**

8          10.     Creetosis         provided         the         following         hyperlink:

9   https://odysee.com/@Creetosis:a/morning-roast-4-turkey-man-gobbles:7. The hyperlink leads to

10  the video posted on Creetosis' Odysee channel on May 20, 2022, titled "Morning Roast #4: Turkey

11  Man Gobbles Threateningly." A true and correct copy of the Odysee copy of this video file is

12  attached hereto as **Exhibit 6**, in the form of an external flash drive.

13         11.     Attached as **Exhibit 7** is a true and correct copy of a screenshot of the Odysee

14  webpage for this video. As evidenced in the screenshot, the video description on the Odyssey

15  webpage includes a hyperlink to https://www.youtube.com/watch?v=etenf1aJKFA, the webpage

16  where Stebbins alleges this video was previously available on YouTube.[4] *See* Compl. ¶ 51.

17  **Ducking Reaction Part 4: "Finishing Turkey Man's Duck Video"**

18         12.     Creetosis         provided         the         following         hyperlink:

19  https://odysee.com/@Creetosis:a/morning-roast-5-finishing-turkey-man's:4. The hyperlink leads

20  to the video posted on Creetosis' Odysee channel on May 25, 2022, titled "Morning Roast #5:

21  Finishing Turkey Man's Duck Video." A true and correct copy of the Odysee copy of this video

22  file is attached hereto as **Exhibit 8**, in the form of an external flash drive.

23         13.     Attached as **Exhibit 9** is a true and correct copy of a screenshot of the Odysee

24  webpage for this video. As evidenced in the screenshot, the video description on the Odyssey

25  webpage includes a hyperlink to https://www.youtube.com/watch?v=dKN8ivNC8BI, the webpage

26  where Stebbins alleges this video was previously available on YouTube. *See* Compl. ¶ 51.

27  _____

28  [3] The Wayback Machine does not have any archived versions of this YouTube webpage.
[4] The Wayback Machine also does not have any archived versions of this YouTube webpage.

1      14.    The Internet Archive's Wayback Machine also contains an archived version of

2    https://www.youtube.com/watch?v=dKN8ivNC8BI,           which        is        available        at

3    https://web.archive.org/web/20230510161556/https://www.youtube.com/watch?v=dKN8ivNC8

4    BI. This archived webpage does not contain a playable copy of the video itself, but it depicts the

5    webpage for the video titled "Morning Roast #5: Finishing Turkey Man's Duck Video" as it

6    existed on YouTube at the aforementioned URL on May 10, 2023. A true and correct copy of a

7    screenshot of the Wayback Machine's archived version of the webpage is attached as **Exhibit 10**.

8

9           I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true

10   and correct.

11                                                    By:    /s/ *Jeremy P. Auster*
                                                            Jeremy P. Auster
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JEREMY P. AUSTER ISO YOUTUBE,        -4-                CASE NO.: 4:25-CV-04499-JSW
LLC'S MOTION TO DISMISS AND REQUEST FOR
JUDICIAL NOTICE