# Exhibit 1
# Video File