# Exhibit 4
# Video File