# Exhibit 6
# Video File