# Exhibit 8
# Video File