LAURA HERNANDEZ, State Bar No. 344641
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: lhernandez@wsgr.com

JEREMY P. AUSTER (*admitted pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jauster@wsgr.com

*Counsel for Defendant YouTube, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE et al.,<br><br>    Defendants. | Case No.: 4:25-cv-04499-JSW<br><br>**DECLARATION OF AAMIR HASNAT IN SUPPORT OF DEFENDANT YOUTUBE, LLC'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**<br><br>Action Filed: May 23, 2025 |

I, Aamir Hasnat, declare as follows:

1. I am a policy specialist at Google LLC, which is the parent company of Defendant YouTube, LLC ("YouTube") and the provider of the YouTube service. I submit this declaration in support of YouTube's accompanying Motion to Dismiss and the associated Request for Judicial Notice and Consideration of Materials Incorporated by Reference. I have personal knowledge of the facts and circumstances described below based on my review of Google's internal business records, and would testify to them if called upon as a witness.

2. I understand that Plaintiff's Complaint includes copyright infringement claims that concern livestream videos that were uploaded by a third-party YouTube user to a YouTube channel called "Creetosis," including the three videos identified in paragraphs 3 through 5 below.

3. Attached as **Exhibit A**, in the form of an external flash drive, is a true and correct copy of Google's internal preservation copy of the YouTube video that our records indicate was previously available at https://www.youtube.com/watch?v=M9qg-EH4B3s ("Dark Souls Reaction" video). In response to Plaintiff's takedown notices under the Digital Millennium Copyright Act, YouTube removed this video from the "Creetosis" channel on September 6, 2023.

4. Attached as **Exhibit B**, in the form of an external flash drive, is a true and correct copy of Google's internal preservation copy of the YouTube video that our records indicate was previously available at https://www.youtube.com/watch?v=_PTKmJExF7s ("Elden Ring Reaction" video). In response to Plaintiff's takedown notices under the Digital Millennium Copyright Act, YouTube removed this video from the "Creetosis" channel on September 7, 2023.

5. Attached as **Exhibit C**, in the form of an external flash drive, is a true and correct copy of Google's internal preservation copy of the YouTube video that our records indicate was previously available at https://www.youtube.com/watch?v=FzBVXURXaOw (reposted version of "Elden Ring Reaction" video).[1] In response to Plaintiff's takedown notices under the Digital

---

[1] The video files provided as Exhibits A-C hereto are in the original file formats in which they are maintained in Google's internal system. If the Court has any difficulty playing any of these video files, I understand that YouTube's outside counsel is able to provide a copy in an alternative file format, upon request by the Court.

1  Millennium Copyright Act, YouTube removed this video from the "Creetosis" channel on
2  November 27, 2023.
3      6.   I further understand that Plaintiff asserts copyright infringement claims based on
4  four additional livestream videos that Plaintiff alleges were uploaded to the "Creetosis" channel
5  and previously available at https://www.youtube.com/watch?v=X6oSbgPitQ4;
6  https://www.youtube.com/watch?v=hzF8qlNXn7g;
7  https://www.youtube.com/watch?v=etenflaJKFA;
8  https://www.youtube.com/watch?v=dKN8ivNC8BI. YouTube does not have copies of the videos
9  that Plaintiff alleges were available at these four URLs. I understand that YouTube's outside
10 counsel has communicated via email with an individual who goes by the pseudonym "Creetosis"
11 in order to obtain copies of these four additional videos, using an email address that Google's
12 internal business records show is an email address of record for the "Creetosis" YouTube channel
13 (https://www.youtube.com/@Creetosis).

15  I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true
16 and correct.  Executed on September 17, 2025.

By: _____
    Aamir Hasnat