# Exhibit A
# Video File