# Exhibit B
# Video File