# Exhibit C
# Video File