LAURA HERNANDEZ, State Bar No. 344641
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: lhernandez@wsgr.com

JEREMY P. AUSTER (*admitted pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jauster@wsgr.com

*Counsel for Defendant YouTube, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE et al.,<br><br>　　　　Defendants. | Case No.: 4:25-cv-04499-JSW<br><br>**MANUAL FILING NOTIFICATION REGARDING EXHIBITS A-C TO THE DECLARATION OF AAMIR HASNAT AND EXHIBITS 1, 4, 6 & 8 TO THE DECLARATION OF JEREMY P. AUSTER IN SUPPORT YOUTUBE, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Action Filed: May 23, 2025 |

# MANUAL FILING NOTIFICATION

Regarding: EXHIBITS A-C TO THE DECLARATION OF AAMIR HASNAT and EXHIBITS 1, 4, 6 & 8 TO THE DECLARATION OF JEREMY P. AUSTER

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed or the following reason(s):

\_\_\_\_\_  Voluminous Document (PDF file size larger than e-filing system allowances)

\_\_\_\_\_  Unable to Scan Documents

\_\_\_\_  Physical Object (description): _____

__X__  Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_\_\_\_  Item Under Seal

\_\_\_\_\_  Conformance with the Judicial Conference Privacy Policy (General Order 53)

\_\_\_\_\_  Other (description): _____

Dated: September 17, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ *Jeremy P. Auster*
Jeremy P. Auster (*admitted pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
E-mail: jauster@wsgr.com

Laura Hernandez, State Bar No. 344641
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
E-mail: lhernandez@wsgr.com

*Counsel for Defendant YouTube, LLC*