UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE et al.,<br><br>    Defendants. | Case No.: 4:25-cv-04499-JSW<br><br>**[PROPOSED] ORDER GRANTING YOUTUBE, LLC'S (i) MOTION TO DISMISS AND (ii) REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF MATERIALS INCORPORATED BY REFERENCE**<br><br>Action Filed: May 23, 2025 |

This matter came before the Court on the motion by Defendant YouTube, LLC ("YouTube") for an order dismissing Plaintiff's Complaint with prejudice. Having considered the moving and reply papers, YouTube's Request for Judicial Notice and Consideration of Materials Incorporated by Reference ("Request for Judicial Notice"), all papers in opposition, the argument of counsel/the parties, the pleadings and files in this action, and all other matters properly before the Court, and for good cause appearing:

IT IS HEREBY ORDERED that YouTube's Request for Judicial Notice is GRANTED for the reasons described therein; and

IT IS FURTHER ORDERED that YouTube's Motion to Dismiss is GRANTED for the reasons described therein, and Plaintiff's Complaint is hereby DISMISSED with prejudice.

**IT IS SO ORDERED**

Dated: _____

_____
HON. JEFFREY S. WHITE
United States District Judge