# CERTIFICATE OF SERVICE

I, Jeremy Auster, declare:

I am an attorney duly licensed to practice in New York and an associate at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant YouTube, LLC ("YouTube") in this action. My business address is Wilson Sonsini Goodrich & Rosati, P.C., 1301 Avenue of the Americas, 40th Floor, New York, New York 10019-6022. My email address is jauster@wsgr.com.

On September 17, 2025, I served or caused to be served:

1. **[Video Files] Exhibits A-C to the Declaration of Aamir Hasnat and Exhibits 1, 4, 6 & 8 to the Declaration of Jeremy P. Auster**

☒   By consigning the document(s) to an express mail service for guaranteed next day delivery to the following person(s):

> David A. Stebbins
> 123 W. Ridge Ave., Apt D
> Harrison, AR 72601

☒   By forwarding the document(s) by electronic transmission to the Internet email address(es) listed below:

> David A. Stebbins (acerthorn@yahoo.com)
> *Pro Se Plaintiff*

2. **YouTube, LLC's Notice of Motion and Motion to Dismiss**
3. **YouTube, LLC's Request for Judicial Notice and Consideration of Materials Incorporated by Reference**
4. **Declaration of Aamir Hasnat**
5. **Declaration of Jeremy P. Auster with Accompanying Exhibits**

☒   By CM/ECF to all known parties who have appeared in this case.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed at New York, New York on September 17, 2025.

*[signature]*
Jeremy Auster