1  LAURA HERNANDEZ, State Bar No. 344641
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   One Market Plaza, Spear Tower, Suite 3300
3  San Francisco, CA 94105-1126
   Telephone: (415) 947-2000
4  Facsimile: (866) 974-7329
   Email: lhernandez@wsgr.com
5
   JEREMY P. AUSTER (*admitted pro hac vice*)
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  1301 Avenue of the Americas, 40th Floor
   New York, NY 10019-6022
8  Telephone: (212) 999-5800
   Facsimile: (866) 974-7329
9  Email: jauster@wsgr.com

10 *Counsel for Defendant YouTube, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| DAVID A. STEBBINS, | ) Case No.: 4:25-cv-04499-JSW |
|---|---|
| Plaintiffs, | ) |
| v. | ) **STIPULATION EXTENDING TIME AND SETTING BRIEFING SCHEDULE FOR YOUTUBE, LLC'S MOTION TO DISMISS** |
| JOHN DOE ET AL., | ) |
| Defendants. | ) Action Filed: May 23, 2025 |

Pursuant to Rule 6-1(b) of the Local Rules of the United States District Court, Northern District of California, Defendant YouTube, LLC ("YouTube") and Plaintiff David A. Stebbins ("Plaintiff"), hereby stipulate as follows:

WHEREAS, YouTube filed a motion to dismiss Plaintiff's Complaint on September 17, 2025 (the "Motion");

WHEREAS, pursuant to Local Rule 7-3(a), (c), Plaintiff's current deadline to file an opposition to the Motion is October 1, 2025, and YouTube's deadline to file a reply in support of the Motion is October 8, 2025.

WHEREAS, the parties have conferred with respect to their schedules, and have stipulated to request an Order of the Court extending (1) Plaintiff's deadline to file an opposition to the Motion to October 8, 2025; and (2) YouTube's deadline to file a reply brief in support of the Motion to October 22, 2025;

WHEREAS, Civil Local Rule 6.1(b) requires that the parties file a stipulation and seek an Order of the Court as to this agreed-upon extension;

WHEREAS, this extension does not alter the date of any event or deadline already fixed by Court order, will not affect any hearing date, and the parties have not previously stipulated to any extensions;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, that (1) Plaintiff's deadline to file an opposition to the Motion is extended to October 8, 2025; and (2) YouTube's deadline to file a reply brief in support of the Motion is extended to October 22, 2025.

IT IS SO STIPULATED.

Dated: September 17, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Jeremy P. Auster
Jeremy P. Auster
E-mail: jauster@wsgr.com

*Counsel for Defendant YouTube, LLC*

Dated: September 17, 2025        By:    */s/ David A. Stebbins*
                                                   Plaintiff David A. Stebbins
                                                   E-mail: acerthorn@yahoo.com

### **SIGNATURE ATTESTATION**

I, Jeremy P. Auster, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

                                                          By:    */s/ Jeremy P. Auster*

**[PROPOSED] ORDER**

Pursuant to stipulation, the foregoing is approved and IT IS SO ORDERED.

Dated: _____, 2025.

_____
THE HONORABLE JEFFREY S. WHITE
United States District Court Judge

PROPOSED ORDER                                              CASE NO.: 4:25-CV-04499-JSW