David Stebbins (pro se Plaintiff)    123 W. Ridge Ave., APT D, Harrison, AR 72601 (870) 212-4947    acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                             PLAINTIFF

VS.                              Case 3:25-cv-04499-JSW

JOHN DOE, d.b.a. CREETOSIS                                       DEFENDANTS

### MOTION TO STRIKE AND FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR EXTENSION OF TIME TO SUBMIT PETITION FOR SUBPOENA

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Strike the Defendant's Motion to Dismiss and for an extension of time to file my response to it, or in the alternative for an extension of time to submit a new petition for subpoena to identify Creetosis.

1. Defendant YouTube LLC has filed a Motion to Dismiss. See Dkt. 45.

2. However, the Court of Appeals has already stated that I have sufficiently stated a claim upon which relief can be granted, and has called for the defendants to file an Answer, not a Motion to Dismiss. See Dkt. 2, Pages 2-2 ("Liberally construed, these allegations were sufficient to warrant ordering defendants to file an answer") (cleaned up and emphasis added).

3. I therefore ask the Court to strike the Defendant's Motion to Dismiss for being filed explicitly against the orders of the Court of Appeals

4. While the motion to strike is being considered, I ask the Court to stay indefinitely my deadline to respond to the Motion to Dismiss.

5. In the alternative, I ask that the Court extend, indefinitely, the deadline it imposed in Dkt. 43 to submit a new motion for subpoena. After all, if the Court insists on ruling on the motion to dismiss, it is axiomatic that this motion has the potential to dispose of Creetosis as a defendant, thus negating the need for me to subpoena him.

Wherefore, premises considered, I respectfully pray that this motion to strike be granted.

So requested on this, the 17th day of September, 2025.

/s/ David Stebbins
David Stebbins