David Stebbins (pro se Plaintiff)      123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947      acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                 PLAINTIFF

VS.                              Case 3:25-cv-04499-JSW

JOHN DOE, d.b.a. CREETOSIS                                             DEFENDANTS

## MOTION FOR EXTENSION OF TIME TO FILE THIRD MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Extension of Time to File Third Motion for Issuance of Subpoena Duces Tecum in the above-styled action.

1. The Court has ordered me to file a Third Motion for Subpoena by no later than September 23, 2025. See Dkt. 43.
2. Co-Defendant YouTube LLC has appeared in the case, and filed a Motion to Dismiss, alleging, among other things, the defense of fair use. See Dkt. 45.
3. I have filed a Motion to Strike this motion to dismiss (see Dkt. 48), but if the motion is not stricken and is instead granted on fair use grounds, that would dispose of Creetosis as a defendant, and thus negate the need to subpoena his legal name or address.
4. I therefore ask the Court to stay, indefinitely, the deadline to file the Third Motion for Issuance of Subpoena Duces Tecum until such time as the currently pending motions are all disposed of.

So requested on this, the 18th day of September, 2025.

*/s/ David Stebbins*
David Stebbins