UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                        PLAINTIFF

VS.                                        Case 3:25-cv-04499-JSW

JOHN DOE, d.b.a. CREETOSIS                                                DEFENDANTS

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE THIRD MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM

     COMES NOW before the Court the Plaintiff's Motion for Extension of Time to file his Third Motion for Issuance of Subpoena Duces Tecum. For good cause shown, the Court GRANTS this motion. The deadline for the Plaintiff to file his third motion for supboena is hereby stayed indefinitely. Once the Motion to Dismiss is either stricken or ruled on, the Court will set a new deadline, if appropriate, for the Plaintiff to file his motion for subpoena.

_____
Signature of Judge

_____/_____/_____
Date (MM/DD/YYYY)