UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE et al.,<br><br>　　　　Defendants. | Case No.: 4:25-cv-04499-JSW<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO STRIKE**<br><br>Action Filed: May 23, 2025 |

This matter came before the Court on the motion by Plaintiff David Stebbins to strike the motion to dismiss filed by Defendant YouTube, LLC. Dkt. 48 ("Motion to Strike"). YouTube filed an opposition to Plaintiff's Motion to Strike on October 1, 2025. Having considered the moving and reply papers, YouTube's opposition, the argument of counsel, the pleadings and files in this action, and all other matters properly before the Court, and for good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion to Strike is DENIED for the reasons described in YouTube's opposition.

**IT IS SO ORDERED**

Dated: _____　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge