UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID A. STEBBINS, | Case No. 25-cv-04499-JSW |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM; DIRECTING PARTIES TO REVIEW LOCAL RULES** |
| JOHN DOE, et al., | |
| Defendants. | |

Re: Dkt. No. 49

Pending before the Court is Plaintiff David A. Stebbins' motion for extension of time to file a third motion for issuance of a subpoena duces tecum. The Court finds good cause to extend time until after the Court has ruled on Defendant YouTube LLC's motion to dismiss. Accordingly, the motion is GRANTED.

Plaintiff did not file a declaration in support of his motion, and neither party submitted a declaration in support of their stipulated request to modify the briefing schedule for YouTube's pending motion to dismiss. The Court directs the parties to Civil Local Rule 6-2, which requires a declaration in support of a stipulated request for an order changing time, and Civil Local Rule 6-3, which requires a declaration in support of a motion to enlarge or shorten time. N.D. Civ. L.R. 6-2, 6-3. Moving forward, the Court will deny motions which fail to comply with the Local Rules.

**IT IS SO ORDERED.**

Dated: October 1, 2025

JEFFREY S. WHITE
United States District Judge