David Stebbins (pro se Plaintiff)    123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947    acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                              PLAINTIFF

VS.                          Case 3:25-cv-04499-JSW

JOHN DOE, d.b.a. CREETOSIS                                   DEFENDANTS

### REPLY IN CONTINUED SUPPORT OF DKT. 48 MOTION TO STRIKE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Reply in Continued Support of Dkt. 48, Motion to Strike YouTube's Motion to Dismiss in the above-styled action.

1.    The Defendant's entire opposition can be summed up in two arguments:

    (a)    The Ninth Circuit's judgment did not preclude the defendants from raising any affirmative defenses; and

    (b)    It would be a violation of their due process rights to preclude them from offering any affirmative defenses, since they never had the opportunity to do so before now.

2.    Both of these arguments are without merit.

3.    While it is true that the Ninth Circuit did not preclude the defense from raising any defenses, that is a very different thing than saying that they need to file an Answer. The defendants can still raise any affirmative defenses they want, including fair use, as long as they do it in an Answer.

4.    As to their due process rights, it is incorrect that they never had the opportunity to make their argument until now. They did in fact appear in the appeal in this case, but only for the express purpose of disavowing any intention of filing a brief. See **Exhibit A**. That was *their* choice, nobody else's, and they should be made to live with the consequences of their own actions.

5.    Therefore, the defendants have not defeated the motion to strike.

6.    Wherefore, premises considered, I resepctfully pray that the Motion to Strike be granted,

and for any other relief to which I may be entitled.

So requested on this, the 2nd day of October, 2025.

*/s/ David Stebbins*
David Stebbins