UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br>Plaintiff,<br>v.<br>JOHN DOE, et al.,<br>Defendants. | Case No. 25-cv-04499-JSW<br><br>**ORDER GRANTING YOUTUBE'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 45 |

Now before the Court is the motion to dismiss filed by Defendant YouTube, LLC ("YouTube"). The only remaining claims in this matter are not alleged against YouTube. The only remaining facts alleged in the remaining claims two through four are that YouTube took down the allegedly infringing material or that the material was deleted before YouTube had enough time to process the takedown request. (*See* Complaint at ¶¶ 38-53.) Plaintiff also concedes that for the remaining counts of infringement, YouTube's safe harbor immunity is "undisputed." (Dkt. No. 4-1 at 2.) Accordingly, as no cause of action is currently pending against YouTube, it is DISMISSED as a defendant in this action.

**IT IS SO ORDERED.**

Dated: August 17, 2026

JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California