David Stebbins 123 W. Ridge Ave., Apt D, Harrison, AR 72601
(870) 204 – 6516 acerthorn@yahoo.com

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS PLAINTIFF

VS. Case 4:25-cv-0499-JSW

JOHN DOE, dba CREETOSIS DEFENDANT

**MOTION FOR STAY PENDING SUBPOENA PROCEEDINGS**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Stay the case pending resolution of a petition for supboena in another case.

1. On August 17, 2026, this Court entered an order dismissing YouTube from the case, but for reasons unrelated to their defense of fair use.
2. This means that Creetosis is still a defendant in the case. However, because YouTube is no longer a party, I cannot obtain his name and address from them through traditional discovery.
3. Fortunately, I have options. As of the tme of this writing, there is currently pending, in this district, Case 3:23-cv-00321-MMC (Stebbins v. Redfield) (or "the Redfield case" for short). In that case, I have a petition for issuance of supboena duces tecum that is still pending. See Dkt. 140 in that case. One of the people whose identities I seek to have subpoenaed as Creetosis. If I can get his legal name and address from there, I can serve him with process in this case.
4. I therefore respectfully ask the Court to stay proceedings until such time as the subpoena matter in the Redfield case has been resolved.
5. If that doesn't work, then I ask that the stay be continued for as long as it takes me to subpoena YouTube in a separate proceeding under 17 USC § 512(h).

So requested on this, the 18th day of August, 2026.

*/s/ David Stebbins*
David Stebbins (pro se)