JEREMIAH R. ROTHSCHILD, SBN 351104
WILSON SONSINI GOODRICH
& ROSATI, P.C.
1900 Avenue of The Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (323) 210-2941
Facsimile: (866) 974-7329
jrothschild@wsgr.com

*Counsel for Defendant YouTube, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE et al.,<br><br>Defendants. | Case No. 4:25-cv-04499-JSW<br><br>**DECLARATION OF JEREMIAH R. ROTHSCHILD IN SUPPORT OF DEFENDANT'S BILL OF COSTS**<br><br>Judge: Hon. Jeffrey S. White |

I, Jeremiah R. Rothschild, declare as follows:

1. I am over the age of 18 and am not a party to this litigation. I am an attorney with Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant YouTube, LLC ("YouTube") in the above-captioned matter. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently to the facts herein. I submit this Declaration in support of YouTube's Bill of Costs.

2. On August 17, 2026, the Court entered judgment in YouTube's favor. Dkt. No. 60. Pursuant to Fed. R. Civ. P. 54(d)(1) and Local Rule 54, YouTube is submitting its Bill of Costs itemizing each category of costs pursuant to those rules.

3. I have been counsel for YouTube throughout this matter, and observed the conduct of the case by YouTube's legal team, including costs it incurred in connection with the case

4. Exhibit 1 is a true and correct copy of documentation for the filing and docket fees that YouTube reasonably incurred in this action, in the amount of $328, and that are sought pursuant to Local Rule 54-3(a)(1) and (a)(2). Those costs are itemized below:

| Date | Description | Amount |
|---|---|---|
| 02/23/26 | Bar Admission Fee | $328 |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of August 2026 in Los Angeles, California.

By: */s/ Jeremiah R. Rothschild*
Jeremiah R. Rothschild