# EXHIBIT 1

## Attorney Admissions

**U.S. District Court**

**California Northern District**

### Notice of Electronic Filing

The following transaction was entered by Rothschild, Jeremiah on 2/23/2026 at 3:41 PM PST and filed on 2/23/2026

**Case Name:** v. District Court for the Northern District of California
**Case Number:** 3:26-cv-55555
**Filer:**
**Document Number:** 602(No document attached)

**Docket Text:**
**Petition for Bar Membership for Rothschild, Jeremiah (CA SBN 351104) ( Filing fee $ 328, receipt number ACANDC-21682812.). (Filed on 2/23/2026)**

**3:26-cv-55555** **No electronic notice will be sent.**