UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,
Plaintiff,

v.

JOHN DOE,
Defendant.

Case No. 25-cv-04499-JSW

**ORDER DIRECTING THE PARTIES TO INFORM THE COURT WHETHER THEY CONSENT TO A MAGISTRATE JUDGE FOR ALL PURPOSES**

The Court advises the parties that the undersigned will assume inactive status as of December 31, 2026, and therefore will reassign all cases. Accordingly, the Court ORDERS the parties to meet and confer and to advise the Court by no later than October 9, 2026, whether the parties will consent to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b). Magistrate judges have smaller civil dockets and no felony criminal cases and therefore have more flexibility than the undersigned. Each is more than qualified to preside over your dispute.

This district boasts excellent magistrate judges. The biographies detailing their credentials are available at https://cand.uscourts.gov/ (click on the "Consenting to a Magistrate Judge" tab). Given that this case is pending before a district judge, the parties are advised that either a magistrate judge will be randomly selected, or the parties may *jointly request assignment to a specific* magistrate judge of their choosing. To the extent the parties can agree on a magistrate judge for all purposes, a consent form is available at http://www.cand.uscourts.gov, in the

United States District Court
Northern District of California

"Forms" section.

**IT IS SO ORDERED.**

Dated: September 23, 2026

JEFFREY S. WHITE
United States District Judge