David Stebbins (pro se Plaintiff) 123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947 acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS, PLAINTIFF

VS. Case 3:25-cv-04499-JSW

JOHN DOE, d.b.a. CREETOSIS DEFENDANTS

# MOTION FOR STAY

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Stay of Proceedings in the above-styled action.

1. Today (September 25, 2026), I just mailed off a Petition for Issuance of Subpoena Duces Tecum to the US District Court for the District of Delaware, seeking to identify Creetosis. A copy of this petition and all attached exhibits are hereby included as **Exhibit A**.

2. I chose the District of Delaware because Google LLC – the respondent to that subpoena – is formally incorporated in Delaware for tax purposes, even if their headquarters is inside the Northern District of California.

3. I therefore respectfully ask that this Court issue a stay of proceedings in this case – including staying my duty to file my consent/declination to a magistrate judge – until such time as the subpoena proceedings in Delaware are definitively disposed of.

4. When I say "definitively disposed of," I don't just mean that the District Court in Delaware has issued or declined to issue the subpoena. Rather, I ask that the stay be lifted only upon one of two conditions being met: Either...

   (a) I have Creetosis's legal name and address as a result of the subpoena; or

   (b) Either the petition for the subpoena has been denied, or a motion to quash the subpoena is granted, and all appeals to overturn said order have been exhausted in my disfavor.

5. Once either of those conditions have been met, I will notify the Court via a Motion to Lift Stay, which may or may not be accompanied by my own Motion for Issuance of Subpoena

Duces Tecum in its own right.

So requested on this, the 25th day of September, 2026.

*/s/ David Stebbins*
David Stebbins