UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| in re David Stebbins | ) ) ) | Case No. ____________________ |

**PETITION FOR ISSUANCE OF SUBPOENA DUCES TECUM UNDER 17 USC § 512(h)**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Petition for Issuance of Subpoena Duces Tecum pursuant to the Court's authority under 17 USC § 512(h) in the above-styled action.

1. In the US District Court for the Northern District of California, there is currently pending a lawsuit between myself and an unknown online creator who goes by the alias “Creetosis.” The case number for that case is 3:25-cv-04499, and is currently assigned to Jeffrey S. White.

2. 17 USC § 512 expressly authorizes me to petition ***any*** district court (not just the district in which the corresponding copyright infringement action is pending) for a subpoena duces tecum to identify a purported infringer. See subsection (h)(1):

> “A copyright owner … may request the clerk of ***any*** United States district court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection” (emphasis added).

3. That said, *this* District is especially appropriate to issue a subpoena duces tecum to compared to most other federal districts, since the respondent to this subpoena – Google LLC – is formally incorporated in the State of Delaware. See **Exhibit A**. Their file number with the DE Secretary of State is 3582691, and they can be served with process at the following registered agent:

Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808

4. According to subsection (h)(2), the petition must include (A) a copy of a notification described in subsection (c)(3)(A); (B) a proposed subpoena; and (C) a sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

5. A copy of the DMCA Takedown is hereby attached as **Exhibit A**.

6. A proposed subpoena is hereby attached as **Exhibit B**.

7. A copy of the sworn statement required by subsection (h)(2)(C) is hereby attached as **Exhibit C**.

8. I therefore respectfully ask that the Court expeditiously issue the provided subpoena.

So requested on this, the 25th day of September, 2026.

______________________________

David Stebbins
123 W. Ridge Ave., APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **3582691** | Incorporation Date / Formation Date: | **10/22/2002** (mm/dd/yyyy) |
| Entity Name: | **GOOGLE LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **CORPORATION SERVICE COMPANY** | | |
| Address: | **251 LITTLE FALLS DRIVE** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **302-636-5401** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ◯ Status ◯ Status,Tax & History Information

Submit

New Entity Search

For help on a particular field click on the Field Tag to take you to the help area.

YouTube Copyright Complaint Submission

From: YouTube Copyright (youtube-disputes+0ueseomp8k2pb07@google.com)

To: acerthorn@yahoo.com

Date: Thursday, August 24, 2023 at 04:35 PM CDT

YouTube

# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Acerthorn
- Your Full Legal Name (Aliases, usernames or initials not accepted): David Stebbins
- Your Title or Job Position (What is your authority to make this complaint?): Video creator
- Address:
  - 123 W. Ridge Ave., APT D
  - Harrison, AR 72601
  - US
- Username: Acerthorn Acerthorn
- Email Address: acerthorn@yahoo.com
- Phone: (870) 212-4947

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=M9qg-EH4B3s
- Describe the work allegedly infringed: My video
  - Source of video: o48AhVZ0OPs
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 1:13:41 to 5:18:33 : https://www.youtube.com/watch?v=M9qg-EH4B3s&t=4421
    It appears in your source video: https://www.youtube.com/watch?v=o48AhVZ0OPs

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: David Stebbins

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Aug 24, 2023 acerthorn@yahoo.com wrote:

Video IDs: M9qg-EH4B3s

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | | |
|---|---|---|
| in re David Stebbins<br>*Plaintiff*<br>v.<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Google, LLC

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: the legal name, current or last known primary address, and all known email addresses and phone numbers of the individual who owns and operates the YouTube channel found at the url of https://www.youtube.com/channel/UCKMErrXK2DuGk8uWLFANOtQ

| Place: send to my email address at acerthorn@yahoo.com | Date and Time:<br>10/31/2026 11:59 pm |
|---|---|

❒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ________________

*CLERK OF COURT*

OR

______________________________ *Signature of Clerk or Deputy Clerk*

______________________________ *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* ________________ ________________________________________, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________
on *(date)* ____________ .

❒ I served the subpoena by delivering a copy to the named person as follows: ______________________

______________________________________________________________

______________________________________ on *(date)* ____________ ; or

❒ I returned the subpoena unexecuted because: ______________________

______________________________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ____________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

in re David Stebbins ) Case No. 26-______________________

**DECLARATION OF INTENT IN SUPPORT OF REQUEST TO CLERK FOR SUBPOENA UNDER 17 USC § 512(h)**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Declaration of Intent in Support of my Request for Subpoena pursuant to 17 USC § 512(h)(2)(C).

1. I hereby certify, under penalty of perjury, that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer.

2. I further certify, under penalty of perjury, that such information will only be used for the purpose of protecting rights under this title.

So requested on this, the 25th day of September, 2026.

______________________________

David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com