UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS, PLAINTIFF

VS. Case 3:25-cv-04499-JSW

JOHN DOE, d.b.a. CREETOSIS DEFENDANTS

**PROPOSED ORDER GRANTING MOTION FOR STAY**

COMES NOW before the Court the Plaintiff's Motion for Stay of Proceedings pending resolution of his Petition for Issuance of Subpoena Duces Tecum in the United States District Court for the District of Delaware. For good cause shown, the Court GRANTS this motion. All deadlines and orders in this case are hereby stayed indefinitely.

The Plaintiff is ordered to notify the Court, via motion to lift stay, of whenever the related proceedings in Delaware are concluded, and what the outcome of those proceedings were, within seven (7) days of learning of the outcome himself.

IT IS SO ORDERED

____________________________________
Signature of Judge

________/______/____________
Date (MM/DD/YYYY)